ALD-113                                                                    **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-4614
_____

IN RE:  DUMONT BUSH,
                                                    Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Eastern District of Pennsylvania
(Related to Crim. No. 2-95-cr-00407-006)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
January 9, 2014

Before:  RENDELL, FISHER and GREENAWAY, JR., <u>Circuit</u> <u>Judges</u>

(Opinion filed: January 23, 2014)
_____

O P I N I O N
_____

PER CURIAM

On November 26, 2012, Dumont Bush filed a motion to correct clerical error

pursuant to Federal Rule of Criminal Procedure 36.  On December 2, 2013, Bush filed the

present petition for a writ of mandamus asking us to compel the District Court to rule

upon that motion.  The District Court entered an order denying Bush's motion on

December 12, 2013.  Accordingly, we will deny the mandamus petition as moot.